No. 22-70013

# In the United States Court of Appeals for the Fifth Circuit

---

WALTER ALEXANDER SORTO,

*Petitioner-Appellant*,

*v.*

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

*Respondent-Appellee.*

---

On Appeal from the United States District Court
for the Southern District of Texas, Houston

---

## RESPONDENT'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE OPPOSITION BRIEF

---

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | JUDD E. STONE II<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | LANORA C. PETTIT<br>Principal Deputy Solicitor General |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | KATHRYN M. CHERRY<br>Assistant Solicitor General<br>Kathryn.Cherry@oag.texas.gov<br><br>Counsel for Respondent-Appellee |

# Certificate of Interested Persons

No. 22-70013

Walter Alexander Sorto,
*Petitioner-Appellant*,

*v.*

Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division,
*Respondent-Appellee.*

Under the fourth sentence of Fifth Circuit Rule 28.2.1, Respondent, as a governmental party, need not furnish a certificate of interested persons.

/s/ Kathryn M. Cherry
Kathryn M. Cherry
*Counsel for Respondent-Appellee*

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Respondent files this unopposed motion for a second extension of time to file his opening brief, to and including May 31, 2023. In support thereof, Respondent respectfully shows the Court as follows:

1. Respondent's opposition brief is currently due on May 1, 2023. Respondent seeks a 30-day extension to and including Wednesday, May 31, 2023, in which to file his response brief. This is Respondent's second request for an extension, and it is unopposed.

2. The requested 30-day extension of time is necessary due to multiple engagements that have required or will require significant attention since the briefing order was issued in this case. The press of business from other ongoing litigation and the need for thorough exposition of the issues in this case necessitate the requested extension.

3. Undersigned counsel needed to attend a funeral and memorial events between April 5 and April 15. In addition, undersigned counsel and others assisting in this matter are scheduled to file, or have recently filed, the following briefs for which they have significant responsibility; and have participated in, or have significant responsibility for, the following oral arguments:

- *Texas State University v. Tanner*, No. 22-0291, brief on the merits filed March 29, 2023, in the Supreme Court of Texas;

- Oral argument in *Jackson v. Wright*, No. 22-40059, on April 4, 2023, in the U.S. Court of Appeals for the Fifth Circuit;

- *La Union del Pueblo Entero v. Abbott*, No. 23-50201, supplemental brief on stay due April 12, 2023, in the U.S. Court of Appeals for the Fifth Circuit;

- *Pernell v. Andrade*, No. 23-10616, amicus brief due April 24, 2023, in the U.S. Court of Appeals for the Eleventh Circuit; and

- *Paxton v. American Oversight*, No. 03-23-00090-CV, brief on the merits due April 24, 2023, in the Texas Court of Appeals for the Third Judicial District.

4. The extension is sought in the interest of justice and is not for delay. No party will be prejudiced if this unopposed request for an extension is granted.

For the foregoing reasons, Respondent respectfully requests that the Court grant this unopposed motion for a 30-day extension of time to file his response brief, making that brief due on May 31, 2023.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Judd E. Stone II
Solicitor General

Brent Webster
First Assistant Attorney General

Lanora C. Pettit
Principal Deputy Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ Kathryn M. Cherry
Kathryn M. Cherry
Assistant Solicitor General
Kathryn.Cherry@oag.texas.gov

Counsel for Respondent-Appellee

2

## Certificate of Conference

On, April 15, 2023, the parties conferred regarding this motion, and counsel for Petitioner-Appellant is unopposed to the relief requested.

/s/ Kathryn M. Cherry
Kathryn M. Cherry

## Certificate of Service

On April 17, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kathryn M. Cherry
Kathryn M. Cherry

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 378 words, excluding exempted text; and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kathryn M. Cherry
Kathryn M. Cherry