No. 22-70013

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

WALTER ALEXANDER SORTO,
*Petitioner-Appellant*

v.

BOBBY LUMPKIN, Director, Texas Department of Criminal Justice,
Correctional Institutions Division,
*Respondent-Appellee*

_____

**Opposed Motion for Leave to File a Reply to Respondent's
Opposition to Application for Certificate of Appealability**

_____

Petitioner-Appellant Walter Alexander Sorto respectfully requests

leave to file a Reply to Respondent-Appellee's response in opposition to

his Appeal of the District Court's Interpretation of this Court's March

28, 2018, Remand Order and Application for Certificate of Appealability

with Brief in Support.[1] A copy of the proposed Reply is being filed

contemporaneously with this Motion.

_____

[1] The document Petitioner-Appellant filed in this Court on February 28, 2023, is ***both*** an appeal of the district court's interpretation of this Court's remand order ***and*** an application for a certificate of appealability ("COA"). The document Respondent-Appellee filed on June 1, 2023, responds to ***both*** the appeal ***and*** the application for a COA. Pursuant to this Court's rules, Petitioner-Appellant must request leave to file a reply to that portion of Respondent-Appellee's document in opposition to his application for a certificate of appealability. A motion for leave to file a reply is not required to reply to the portion of Respondent-Appellee's document in opposition to Sorto's appeal of the district court's interpretation of this Court's remand order. *See* Fed. R. App. P.

Respectfully submitted,

s/ David R. Dow

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, TX 77204-6060
Tel. (713) 743-2171
Fax (832) 842-4671
Email ddow@central.uh.edu

*Counsel to Petitioner-Appellant, Walter Alexander Sorto*

---

31(a)(1). Because Petitioner-Appellant's filing pertains to both the issuance of a COA as well the lower court's interpretation of the remand order, Counsel is uncertain as to whether this Motion for Leave is required with respect to the portion of the filing addressing the issuance of a COA, but is nevertheless filing this Motion in the event that it is required.

## Certificates of Service and Compliance with
## ECF Filing Standards

I certify that on June 14, 2023, this Motion for Leave to File was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF users:

> Kathryn Cherry, Assistant Solicitor General
> Office of the Attorney General
> P.O. Box 12548
> Austin, Texas 78711-2548
> Kathryn.Cherry@oag.texas.gov

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

s/ David R. Dow

_____

David R. Dow

## Certificate of Conference

I certify that Counsel for Respondent-Appellee, Kathryn Cherry, was contacted via email regarding this Motion. Ms. Cherry informed Counsel that Respondent-Appellee is opposed to this Motion for Leave to File.

s/ David R. Dow

_____

David R. Dow